UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

CASE NO: _____

SOPHIA AMBROISE,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign corporation,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, SOPHIA AMBROISE, by and through her undersigned attorney, and hereby sues the Defendant, CARNIVAL CORPORATION, a foreign corporation, and alleges as follows:

1. That this is an action in which the Plaintiff and Defendant are residents and citizens of different states, and where damages exceed SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS.

2. That at all times material hereto, this is an action which arises under *28 USC §1332*.

3. That in the alternative, this Court has initial jurisdiction in that this case arises out of the General Maritime Law of the United States and is a claim within this Court's admiralty jurisdiction pursuant to *28 USC §1333*.

4. That at all times material hereto, the Plaintiff, SOPHIA AMBROISE, was a resident of the State of Florida.

5. That at all times material hereto, the Defendant, CARNIVAL CORPORATION (hereinafter

1

referred to as "CARNIVAL"), was a foreign corporation doing business in Miami-Dade County, Florida, and was the owner/operator of the cruise ship IMAGINATION.

6. That on or about September 26, 2011, the Plaintiff boarded the subject vessel for a four (4) day cruise.

7. That on or about September 30, 2011, the Plaintiff was leaving the ship when she fell due to a gangway that had become wet and/or slippery.

8. That at all times material, the Defendant, CARNIVAL, had a duty to use reasonable care under the circumstances for the safety of the Plaintiff and to provide passengers safe ingress and egress from the subject vessel.

9. That the Defendant, CARNIVAL, breached its duty of due care to the Plaintiff and was negligent in one or more of the following ways:

 (a) that the Defendant negligently maintained its premises in an unreasonably dangerous condition;

 (b) that the Defendant negligently failed to inspect the premises;

 (c) by allowing the floor where the Plaintiff fell to become wet and unreasonably slippery;

 (d) by failing to provide save ingress and egress to the subject vessel;

 (e) by failing to warn the Plaintiff of the presence of a dangerous condition, despite prior knowledge by the Defendant of said condition;

 (f) that the substance had been present for long enough that the Defendant knew or should have know of its existence.

10. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff

sustained injuries, has suffered and will continue to suffer the following damages:

a. Personal injury;

b. Pain and suffering;

c. Disability;

d. Mental Anguish;

e. Loss of capacity for the enjoyment of life;

f. Medical expenses in the past, present and future;

g. Loss of earnings;

h. Loss of earning capacity;

i. Aggravation of any pre-existing physical condition;

j. All other damages as allowable by law.

WHEREFORE, the Plaintiff, SOPHIA AMBROISE, demands judgment against the Defendant, CARNIVAL CORPORATION, a foreign corporation, including costs and pre-judgment interest, and further demands trial by jury of all issues so triable as a matter of right, as well as any further relief as this Court deems just and appropriate.

DATED this 14th day of February, 2013.

Respectfully submitted,

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
9900 S.W. 107th Avenue
Suite 101
Miami, FL 33176
Telephone: (305) 271-8282
Facsimile : (305) 595-9776

By_____
JENNIFER C. THOMPSON
FL BAR NO: 670251

3